# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

N.V.E., Inc.                                   :     Civil Action No. _____
    v.                                          :
                                               :
UniGlobal Commercial                           :
Company, LLC and Jose A.
Guerrero,                    **DISCLOSURE STATEMENT**

The undersigned counsel for __N.V.E., Inc._____,
certifies that this party is a non-governmental corporate party and that:

☐  This party's parent corporation, and all publicly held corporations owning 10% or more of this party's stock, are listed here:

_____
_____
_____
_____

# OR

[X]  This party does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of this party's stock.

_____                _Nicoll Davis & Spinella LLP_
Signature of Attorney                          Name of Firm

__Anthony J. Davis_____                       _95 Route 17 South, Suite 316_
Print Name                                     Address

__January 23, 2014_____                       _Paramus, NJ 07652_____
Date                                           City/State/ZIP Code

Instructions:
1. Disclosure Statement is to be filed as a separate document.
2. Select Case Type (Civil) from the menu bar at the top of the ECF screen.
3. Click on **Other Documents**.
4. Select **Corporate Disclosure Statement**.
5. Enter the case for which the Disclosure Statement is being filed.
6. Select the PDF document to file.
7. Select the party filing the Disclosure Statement.
8. If applicable, insert the name of the Corporate Parent or leave blank.
9. Proofread the docket text.
10. Submit the Disclosure Statement by clicking the **NEXT** button.

DNJ-CMECF-005 (5/2/08)